# EXHIBIT A

**EXHIBIT A**



BRENTON N. VER PLOEG
R. HUGH LUMPKIN
STEPHEN A. MARINO, JR.
EILEEN L. PARSONS
JASON S. MAZER
CHRISTINE A. GUDAITIS
MEGHAN C. MOORE

ANDREW L. GORDON, OF COUNSEL



FACSIMILE (305) 577-3558
E-MAIL VPL-LAW@VPL-LAW.COM
WEBSITE WWW.VPL-LAW.COM
(PLEASE REPLY TO MIAMI OFFICE ADDRESS)

DANYA J. PINCAVAGE
BRIAN S. JACOBSON
MATTHEW B. WEAVER
W. ALLEN BONNER
MARIA R. CALDERA
BENJAMIN C. HASSEBROCK
ASHLEY B. HACKER
ROCHELLE N. WILLIS
HEATHER J. GORIN
CARY D. STEKLOF
DALE S. DOBULER
MALLORY L. GOLD
ANDREA L. DEFIELD

August 24, 2012

*Via* U.S. and Electronic Mail
jdawson@shutts.com
Jerel C. Dawson
Shutts & Bowen LLP
1500 Miami Center
201 South Biscayne Blvd.
Miami, Florida 33131

    Re:    *Bloom v. Hartford*
             Case No.: 11-cv-81393
             Our File No.: B036-100

Dear Mr. Dawson:

       I have not received a response to my August 19 e-mail requesting your client's deposition. Due to the approaching deadlines, I am serving the enclosed notice for the deposition of Hartford's corporate representative to take place on September 13, 2012. Since Hartford has not yet identified a representative or established a location, I have noticed the deposition for a court reporter's office near Hartford's principal place of business. Should your client require a different location, please advise at once. I will do my best to accommodate scheduling issues, but otherwise plan to appear at the noticed time and location and will pursue all available remedies if Hartford fails to produce a competent witness.

                                        Sincerely yours,

                                        Benjamin C Hassebrock

Encl.
Cc:    Jonathan M. Fordin, Esq.
         jfordin@shutts.com
189035_1.DOC

---

100 S.E. SECOND STREET – 30TH FLOOR – MIAMI, FL 33131-2158
TELEPHONE (305) 577-3996

1500 BANK OF AMERICA CENTER – 390 NORTH ORANGE AVENUE – ORLANDO, FL 32801
TELEPHONE (407) 380-9312