UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:11-cv-81393-KLR

MELISSA R. BLOOM,

    *Plaintiff,*

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    *Defendant.*

_____/

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Melissa R. Bloom, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Omnibus Order Denying Plaintiff's Motion to Supplement the Administrative Record; Denying Defendant's Motions to Strike; Granting Defendant's Motion for Summary Judgment; and Denying Plaintiff's Motion for Summary Judgment entered on January 23, 2013 [D.E. 79], attached as Exhibit A and the Final Judgment entered on January 23, 2013 [D.E. 80], attached as Exhibit B.

                                                          By: Brenton N. Ver Ploeg
                                                          **Brenton N. Ver Ploeg**
                                                          Florida Bar No. 171470
                                                          bverploeg@vpl-law.com
                                                          **Benjamin C. Hassebrock**
                                                          Florida Bar No. 76504
                                                          bhassebrock@vpl-law.com
                                                          **VER PLOEG & LUMPKIN, P.A.**
                                                          100 S.E. 2nd Street, 30th Floor
                                                          Miami, Florida 33131
                                                          Telephone: (305) 577-3996
                                                          Facsimile: (305) 577-3558
                                                          COUNSEL FOR PLAINTIFF

CASE NO.: 9:11-cv-81393-KLR

## CERTIFICATE OF SERVICE

I hereby certify that on February 20th, 2013 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Brenton N. Ver Ploeg
**Brenton N. Ver Ploeg**

## SERVICE LIST
### Case No.: 9:11-cv-81393-KLR

**Shutts & Bowen LLP**
1500 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131
(305) 347-7390
(305) 347-7790 *facsimile*
**William J. Gallwey, III, Esq.**
Florida Bar No. 199133
wgallwey@shutts.com
**Jonathan M. Fordin, Esq.**
Florida Bar No. 371637
jfordin@shutts.com
**Jerel C. Dawson, Esq.**
Florida Bar No. 152390
jdawson@shutts.com
Attorneys for Defendant

2